William Patrick JOHNSON, Appellant,

v.

John BALDWIN, IDOC Director; Sheryl Lockwood, Eastern Asst. Dept. Director; Jerry Bartruff, Religious Coordinator; Judy Morrison, Native Consultant; Greg Ort, Deputy Warden; Lowell Brandt, Appellees.

No. 10–3573.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 5, 2011.

Filed: Aug. 22, 2011.

Patrick E. Ingram, Mears Law Office, Iowa City, IA, for Appellant.

William Patrick Johnson, Anamosa State Penitentiary, Anamosa, IA, pro se.

H. Loraine Wallace, Attorney General's Office, Des Moines, IA, for Appellees.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

William Patrick Johnson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful review, we conclude that the denial of substitute counsel was not an abuse of discretion, and that defendants were entitled to summary judgment for the reasons the district court stated. Ac-

cordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.